SEYFARTH SHAW LLP
F. Scott Page (SBN 108515)
E-mail: *spage@seyfarth.com*
Jamie C. Chanin (SBN 244659)
E-mail: *jchanin@seyfarth.com*
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendant
TACO BELL CORP.

McNICHOLAS & McNICHOLAS, LLP
Patrick McNicholas (SBN 125868)
E-mail: *pm@mcnicholaslaw.com*
Philip Shakhnis (SBN 199461)
E-mail: *ps@mcnicholaslaw.com*
10866 Wilshire Blvd., Suite 1400
Los Angeles, California  90024
Telephone:  (310) 474-1582
Facsimile:  (310) 475-7871

Attorneys for Plaintiff
MICHAEL FLYNN

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FLYNN,<br><br>        Plaintiff,<br><br>   v.<br><br>TACO BELL CORPORATION and DOES 1 through 100, inclusive,<br><br>        Defendants. | CASE NO.:  CV-13-5346-RGK (PJWx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE**<br><br>Complaint filed: June 17, 2013 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FLYNN,<br><br>             Plaintiff,<br><br>     v.<br><br>TACO BELL CORPORATION and DOES 1 through 100, inclusive,<br><br>             Defendants. | CASE NO.:  CV-13-5346-RGK (PJWx)<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE**<br><br>Complaint filed:  June 17, 2013 |

TO THE INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Based on the Joint Stipulation to Dismiss Case with Prejudice, and for good cause shown,

IT IS HEREBY ORDERED:

(1) This entire case is dismissed with prejudice; and

(2) All parties shall bear their own attorneys' fees and costs of suit.

Dated: May 8, 2014                  _____

　　　　　　　　　　　　　　　　　　Honorable R. Gary Klausner
　　　　　　　　　　　　　　　　　　United States District Judge